UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Nochum C. Wilner,

                      Plaintiff,                  15 CV 09374 (KMK)

    -v-                                          CALENDAR NOTICE

Leopold & Associates, PLLC,

                      Defendants.

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

Please take notice that the above captioned action has been scheduled for oral argument on Plaintiffs' Motion to Certify Class before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, January 21, 2020 at 2:00 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least ten business days beforehand.

Dated: December 11, 2019
       White Plains, New York

                                              So Ordered

                                              Kenneth M. Karas, U.S.D.J