**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WILNER et al.,

                                        Plaintiffs,

                    -against-

LEOPOLD & ASSOCIATES et. al.,
                                        Defendants.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:_  8/2/2023
```

15cv9374

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

        The Court is in receipt of Plaintiff's July 31, 2021, motion. (ECF No. 165).  Counsel

for STLLP is directed to file a response to this motion on or before August 16, 2023.

        **SO ORDERED.**

DATED:        White Plains, New York
              August 2, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge

1