```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NOCHUM C. WILNER, an individual and,
ETSY WILNER; an individual, on behalf of
themselves and all others similarly situated.
                                Plaintiffs,

              -against-

LEOPOLD & ASSOCIATES, PLLC, et. al.,
                              Defendants.
------------------------------------------------------------------X

15-cv-09374

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On January 25, 2022, Judge Paul Davison entered a Final Judgment and granted the award of $53,000 to Class Counsel for attorneys' fees, costs, and litigation expenses. (ECF No. 162). Judge Davison's order also states that "[t]he Court further reserves and retains exclusive and continuing jurisdiction over the Settlement concerning the administration and enforcement of the Settlement Agreement to effectuate its terms."

      On July 31, 2023, Plaintiffs' attorney, the Kim Law Firm, filed a motion to fix a deadline for former Plaintiffs' counsel, STLLP f/k/a Stern Thomasson, LLP, to move to fix the amount of its charging lien against the Court-approved class counsel fees. (ECF No. 165). On August 17, 2023, counsel for STLLP, filed a response requesting that the court fix a time by which all Plaintiffs' counsel, present and former, submit their fee requests and asked that the court fix the amount due to each firm. Federal courts may exercise supplemental jurisdiction to hear disputes over how to divide attorneys' fees when the dispute relates to the main action. *Pasqualini v. Mortgageit Inc.,* No. 05 CIV. 9714 LAP, 2010 WL 3001971, at *1 (S.D.N.Y. July 19, 2010).

1

Accordingly, the Court orders that by September 22, 2023, all present and former Plaintiffs' counsel seeking a portion of the above-referenced $53,000 submit a fee-request by letter-motion explaining what portion of this amount they are entitled to and including/attaching any supporting information.

**SO ORDERED.**

DATED:   White Plains, New York
August 30, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge